IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES EDWARD CANNON,

    Plaintiff,

v.                              CASE NO. 5:12-cv-98-MW/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.28, filed March 22, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the Court's opinion. The Clerk shall enter judgment stating, "The motion to dismiss, ECF No. 25, is **GRANTED.** The petition for writ of habeas corpus, ECF No. 5, is **DENIED.** A certificate of appealability is **DENIED.**" The Clerk shall close the file.

SO ORDERED on April 11, 2013.

                                            s/Mark E. Walker
                                            United States District Judge